LOUIS PASQUARIELLO *v.* SUSAN PASQUARIELLO

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted unless the defendant files her request for a finding and draft finding on or before April 25, 1974.

*Charles M. Needle,* for the appellee (plaintiff).

*Irving H. Perlmutter,* for the appellant (defendant).

Argued April 2—decided April 2, 1974

MIKO BROTHERS, INC. *v.* JOHN LUCAS

The motion by E. Stanton Kennedy to withdraw his appearance as counsel for the defendant in the appeal from the Court of Common Pleas in Fairfield County is granted.

*E. Stanton Kennedy,* on the motion.

Argued April 2—decided April 2, 1974

THE BRONSON AND TOWNSEND COMPANY *v.* RICHARD BATTISTONI

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is granted unless the plaintiff files its brief on or before April 25, 1974.

*Jonathan F. Ells,* for the appellee (defendant).

*David A. Reif,* for the appellant (plaintiff).